UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CVS PHARMACY, INC.,<br><br>                                  **Plaintiff,**<br><br>v.<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>                                  **Defendants.** | CASE NO. 1:24-cv-10223 |

**LOCAL RULE 40.1 CERTIFICATION OF BASIS FOR
DESIGNATION OF RELATEDNESS**

Pursuant to Local Rule 40.1(g)(5)(B), the undersigned counsel for Plaintiff certify as follows:

Plaintiff designates this action as related to *FWK Holdings LLC et al. v. Takeda Pharm. Co. Ltd. et al.*, No. 1:21-cv-11057 (D. Mass.).

Plaintiff bases this designation on the following facts: both actions identify the same Defendants[1] (*see* L.R. 40.1(g)(1)(A)); both actions "involve the same or substantially similar issues of fact" (L.R. 40.1(g)(1)(B)(i)); and both actions "arise out of the same occurrence[s]," (L.R. 40.1(g)(1)(B)(ii)). Specifically, Plaintiff here asserts claims based on the same anticompetitive scheme to restrain and allocate the market for the pharmaceutical product Amitiza that underlies the previous pending action.

---

[1] The Direct Purchaser Plaintiffs (DPPs) in *FWK Holdings LLC et al. v. Takeda Pharm. Co. Ltd. et al.*, No. 1:21-cv-11057 (D. Mass.) initially also asserted claims against Par Pharmaceutical, Inc. ("Par") and Endo International PLC ("Endo"), which Plaintiff names as nonparty co-conspirators. Par and Endo moved to dismiss the DPP claims on December 21, 2021, No. 1:21-cv-11057 at ECF Nos. 39-40, but then filed a notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings on August 17, 2022. *Id.* at ECF No. 56. The DPPs then voluntarily dismissed their claims against Par and Endo. *Id.* at ECF No. 57.

Dated: January 29, 2024                    Respectfully submitted,

/s/ Douglas H. Patton
Douglas H. Patton
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
dpatton@knpa.com

Eric L. Bloom[*]
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110-3676
(717) 364-1030
ebloom@hangley.com

Barry L. Refsin[*]
Alexander J. Egerváry[*]
Chelsea M. Nichols[*]
Caitlin V. McHugh[*]
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
brefsin@hangley.com
aegervary@hangley.com
cnichols@hangley.com
cmchugh@hangley.com

***Counsel for Plaintiff***

---

[*] Pro hac vice application forthcoming.

## CERTIFICATE OF SERVICE

I CERTIFY that on January 29, 2024, I caused a true and correct copy of the foregoing Local Rule 40.1 Certification of Basis for Designation of Relatedness to be filed with the Clerk of Court using the CM/ECF system which will serve as notification of such filing to the email addresses of all counsel of record in this action.

/s/ Douglas H. Patton
Douglas H. Patton
Kenny Nachwalter, P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: 305-373-1000
Facsimile: 305-372-1861
dpatton@knpa.com

*Counsel for Plaintiff*